**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CUNA Mutual Insurance Society, | No. CV 08-1788-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Zenaida Carrillo (aka Zenaida Tejeda Diaz) aka Zenaida Diaz Tejeda); Margaret S. Carrillo; et al., | |
| Defendants. | |

Plaintiff has filed a Motion for Leave to Deposit Funds into the Registry of the Court (Doc. #9). Plaintiff wants to deposit $100,048.57 into the registry of the Court pursuant to 28 U.S.C. §1335(a)(2). Because 28 U.S.C. §1335(a)(2) allows for the deposit of funds with the Court or the posting of a bond, Local Rule of Civil Procedure 67.1(a)(1) mandates that Plaintiff seek leave to deposit the funds.

Accordingly,

IT IS ORDERED GRANTING Plaintiff's Motion for Leave to Deposit Funds into the Registry of the Court (Doc. #9).

IT IS FURTHER ORDERED that Plaintiff shall deposit $100,048.57 into the registry of this Court no later than December 15, 2008.

DATED this 15th day of October, 2008.

James A. Teilborg
United States District Judge